**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  April 11, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-02766-RPM

| | |
|---|---|
| RICKEY BURRELL, | Mari A. Newman |
| | Tffany J. Drahota |
| Plaintiff, | |
| v. | |
| CITY OF AURORA, COLORADO, | Peter R. Morales |
| BRANDON RINNAN, in his individual capacity, | L. Douglas Jawell |
| DARREN CHAMBERLAND, in his individual capacity, and | |
| DARRYL HUNTSMAN, in his individual capacity, | |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to File Amended Complaint**

**10:00 a.m.**        **Court in session.**

Court's preliminary remarks and comments regarding the proposed amended complaint.

Statements by Ms. Newman.

**Court states cases and incidents not relevant to responses to medical emergencies regarding excessive force with respect to the Aurora Police department will not be permitted.**

Statements by Mr. Morales.
Further statements regarding discovery Ms. Newman.
Further statements by Mr. Morales.

**ORDERED:    Plaintiff's Motion for Leave to File an Amended Complaint and Jury Demand [12], is granted with respect to filing an amended complaint and denied with respect to the tendered amended complaint [13-1].
Plaintiff shall file an amended complaint by May 4, 2012.
Defendant shall respond as discussed on record.**

**10:20 a.m.**        **Court in recess.** Hearing concluded.  Total time: 20  min.