# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02766-RPM

RICKEY BURRELL,

    Plaintiff,

v.

CITY OF AURORA, COLORADO,
BRANDON RINNAN, in his individual capacity,
DARREN CHAMBERLAND, in his individual capacity, and
DARRYL HUNTSMAN, in his individual capacity,

    Defendants.

_____

## ORDER MODIFYING SCHEDULING ORDER
_____

UPON the parties' Stipulated Motion to Modify Scheduling Order, the Court, being fully advised in the premises and for good cause shown, hereby:

ORDERS the parties' Motion is GRANTED. The current deadlines, as set forth in the Scheduling Order [Doc. 8], are extended as follows:

    a.    Discovery cut-off: October 3, 2012.

    b.    Dispositive Motions Deadline: October 26, 2012.

    c.    Plaintiff's Expert Disclosure: July 25, 2012.

    d.    Defendant's Expert Disclosure: August 22, 2012.

    e.    Rebuttal Expert Cut-off: September 12, 2012

DATED this 23rd day of May, 2012.

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Senior District Judge Richard P. Matsch