# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02766-RPM

RICKEY BURRELL,

     Plaintiff,

v.

CITY OF AURORA, COLORADO,
BRANDON RINNAN, in his individual capacity,
DARREN CHAMBERLAND, in his individual capacity, and
DARRYL HUNTSMAN, in his individual capacity,

     Defendants.

_____

## ORDER
_____

UPON the parties' Stipulated Motion to Modify Scheduling Order, the Court, being fully advised in the premises and for good cause shown, hereby:

ORDERS the parties' Motion is GRANTED. The current deadlines, as set forth in the Scheduling Order [Doc. 8], are extended as follows:

    a.    Plaintiff's Expert Disclosure: **August 25, 2012.**

    b.    Defendant's Expert Disclosure: **September 22, 2012.**

    c.    Rebuttal Expert Cut-off: **October 12, 2012.**

                                BY THE COURT:

Dated: July 6, 2012                    s/ Richard P. Matsch

                                      Richard P. Matsch, Senior District Judge