**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Civil Action No. 11-cv-02766-RPM

RICKEY BURRELL,

      Plaintiff,

v.

CITY OF AURORA, COLORADO,
BRANDON RINNAN, in his individual capacity,
DARREN CHAMBERLAND, in his individual capacity, and
DARRYL HUNTSMAN, in his individual capacity,

      Defendants.

_____

**ORDER THAT DEFENDANTS' MOTION TO ENFORCE SCHEDULING ORDER IS MOOT**
_____

On considering the plaintiff's response, filed October 30, 2012, it is

ORDERED that the defendants' motion to enforce scheduling order [32] is moot.

DATED this 2nd day of November, 2012.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Senior District Judge Richard P. Matsch