IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02766-RPM

RICKEY BURRELL,

      Plaintiff,

v.

CITY OF AURORA, COLORADO,
BRANDON RINNAN, in his individual capacity,
DARREN CHAMBERLAND, in his individual capacity, and
DARRYL HUNTSMAN, in his individual capacity,

      Defendants.

_____

ORDER MODIFYING SCHEDULING ORDER
_____

UPON the Parties' Stipulated Motion to Modify Scheduling Order, the Court, being fully

advised in the premises and for good cause shown, hereby:

ORDERS the Parties' Motion is GRANTED. The discovery deadline shall be extended to

January 11, 2013 and the dispositive motions deadline shall be extended to January 28, 2013.

DATED: December 3, 2012

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge