IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02766-RPM

EVELYN KING-BURRELL, as personal representative of the
Estate of Rickey W. Burrell a/k/a Rickey Wayne Burrell,

    Plaintiff,

v.

CITY OF AURORA, COLORADO,
BRANDON RINNAN, in his individual capacity,
DARREN CHAMBERLAND, in his individual capacity, and
DARRYL HUNTSMAN, in his individual capacity,

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation to Dismiss with Prejudice All Claims Against Defendants Rinnan, Huntsman, and Chamberland [44] filed January 22, 2013, it is

ORDERED that all claims are dismissed with prejudice against Defendants Brandon Rinnan, Darren Chamberland, and Darryl Huntsman in their individual and official capacities, each party to bear their own costs and attorneys' fees.

DATED this 24th day of January, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Senior District Judge Richard P. Matsch