IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02766-RPM

EVELYN KING-BURRELL, as personal representative of the
Estate of Rickey W. Burrell a/k/a Rickey Wayne Burrell,

    Plaintiff,

v.

CITY OF AURORA, COLORADO,

    Defendant.
_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [46] filed January 23, 2013, it is

ORDERED that this civil action is dismissed with prejudice, each party to bear their own costs and attorneys fees.

DATED this 24th day of January, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Senior District Judge Richard P. Matsch